UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:  Darryl F. Ferguson )
)
) CASE NO. 18-33356
) CHAPTER 13
)
              Debtor )
)

## **ORDER**

      Upon Motion of the Debtor, and having considered Debtor's Motion, and being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that the following claim shall be disallowed:

Claim 6
Real Time Resolutions, Inc.
1349 Empire Central Dr. , Ste. 150
Dallas, TX 75247
$12,051.61

Dated: _____

Tendered by:

Ross Neuhauser
WHITFORD & NEUHAUSER
539 W. Market Street
Suite 400
Louisville, Kentucky  40202
*Counsel for the Debtor*

Thomas H. Fulton
United States Bankruptcy Judge

Dated:  March 20, 2019